

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mitchell E. Bouldin,                              * From the 277th District
                                                    Court of Williamson County,
                                                    Trial Court No. 11-852-C26.

Vs. No. 11-14-00088-CV                            * August 7, 2014

Systems & Services Technologies, Inc.,            * Per Curiam Memorandum Opinion
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Bailey, J.)

This court has considered Mitchell E. Bouldin's and Systems & Services Technologies, Inc.'s agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.